**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANGSU HONGTU HIGH TECH CO. LTD., a corporation organized under the laws of the People's Republic of China,<br><br>    Petitioner,<br><br>vs.<br><br>APEX DIGITAL, INC., a California corporation,<br><br>    Respondent. | Case No. CV08-3102 GW (PLAx)<br><br>**JUDGMENT ON CONFIRMED FOREIGN ARBITRAL AWARD** |

    Petitioner Jiangsu Hongtu High Tech Co. Ltd ("Hongtu") moved this Court on or about August 4, 2008 for confirmation of the Arbitration Award of the China International Economic and Trade Arbitration Commission (CIETAC) dated October 18, 2006 against Respondent Apex Digital, Inc. ("Apex"). On August 5, 2009, this Court issued its Ruling on Motion/Petition to Confirm Foreign Arbitration Award granting Petitioner Hongtu's Motion for Confirmation of Foreign Arbitration Award. Accordingly, judgment shall be entered in conformity with the arbitral award as follows:

//

1  IT IS ORDERED, ADJUDGED, AND DECREED:

2  Hongtu shall have and recover from Apex US$8,792,871, together with
3  pre-judgment interest from October 18, 2006 to the date of entry of this
4  judgment in the amount of $141,839, with post-judgment interest accruing
5  thereafter at a rate of 0.44% per annum, or $106.17 a day, until the Judgment
6  is paid in full.

8  IT IS SO ORDERED.

10  Dated: August 25, 2009

_____
George H. Wu
United States District Judge

12  Submitted by:

14  _____

15  Law Offices of Alan S. Gutman
9401 Wilshire Blvd., Ste. 575
16  Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
17  Facsimile: 310-385-0710
Email: alangutman@gutmanlaw.com
18  Attorneys for Petitioner JIANGSU  HONGTU HIGH TECH CO., LTD.